SATIE L. DOUGLAS, as Administratrix of the Estate of GEORGE H. WATERS, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Douglass* v. *N. Y. C. & H. R. R. R. Co.*, 158 App. Div. 196, affirmed.
(Argued November 20, 1914; decided December 8, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 16, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Robert E. Whalen* for appellant.

*Homer J. Borst* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.